ACCEPTED
04-14-00130-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/5/2015 11:20:41 AM
KEITH HOTTLE
CLERK

## CAUSE NO. 04-14-00130-CR

| | | |
|---|---|---|
| **JOSHUA ORCASITAS** | § | **IN THE FOURTH COURT** |
| | § | |
| **V.** | § | **OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

FILED
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/5/2015 11:20:41 AM
KEITH E. HOTTLE
Clerk

## UNOPPOSED MOTION TO RESET ORAL ARGUMENT

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW JOSHUA ORCASITAS, the Appellant in the above styled and numbered cause, and files this Motion requesting that the Court reset oral argument in this cause, and in support shows as follows:

### A.

1. The case is on appeal from the 175th District Court, Bexar County, Texas.

2. The style and number of the case in the trial court is State v. Joshua Orcasitas, Cause No. 2012-CR-7776.

3. The Appellant was charged with the offense of murder.

4. Punishment was assessed at imprisonment for twenty years.

5. This Court has set the date for oral argument for March 24, 2015.

6. The Appellant seeks a reset of oral argument during the week of April 6, 2015.

7. This is the Appellant's first motion to reset oral argument.

1

B.

This extension is not sought for the purpose of delaying this appeal, but for the following reason:

1. Counsel is currently scheduled to be in Huntsville, Texas on a matter during March 23-25, 2015 including the oral argument date of March 24, 2015. Counsel is specially set for a federal trial in United States v. Mazaheri on March 30, 2015 and counsel for the state is unavailable until the week of April 6, 2015. Both counsel are available for oral argument the week of April 6, 2015.

C.

On February 5, 2015, counsel conferred with counsel for the State, Laura Durbin, and she stated that she is unopposed to the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, Counsel for the Appellant prays that the Court reset oral argument in this case for the week of April 6, 2015.

Respectfully submitted,


/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas  78205
(210) 354-1919
(210) 354-1920 Fax

Attorney for the Appellant,
JOSHUA ORCASITAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was emailed to Laura Durbin at jeanette.canales@bexar.org on the 5th day of February 2015.

/s/ Michael C. Gross